IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTENNATECH, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:14-cv-569-GMS |
| ) | |
| BMW OF NORTH AMERICA, LLC, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |
| ANTENNATECH, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:14-cv-947-GMS |
| ) | |
| BMW OF NORTH AMERICA, LLC, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff Antennatech LLC and defendant BMW of North America, LLC pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated March 12, 2015, with each party to bear its own costs, expenses and attorneys' fees.

-1-

| | |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Denis S. Kraft* |
| Stamatios Stamoulis (#4606) | Denise S. Kraft #2778 |
| Richard C. Weinblatt  (#5080) | Brian A. Biggs #5591 |
| Stamoulis & Weinblatt LLC | DLA PIPER LLP (US) |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | Suite 2100 |
| Wilmington, DE  19809 | Wilmington, DE  19801 |
| (302) 999-1540 | (302) 468-5700 |
| stamoulis@swdelaw.com | denise.kraft@dlapiper.com |
| weinblatt@swdelaw.com | brian.biggs@dlapiper.com |
| | |
| *Attorneys for Plaintiff* | Joseph P. Lavelle |
| | Andrew N. Stein |
| | 500 Eighth Street, NW |
| | Washington, D.C. 20004 |
| | (202) 799-4000 |
| | joe.lavelle@dlapiper.com |
| | andrew.stein@dlapiper.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED, this _____ day of March, 2015.

_____
United States District Court Judge